**M. M. LYNER, Transferee, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 13074.

Circuit Court of Appeals, Eighth Circuit.

May 7, 1946.

H. M. Stolar and Fred L. Kuhlmann, both of St. Louis, Mo., for petitioner.

Sewall Key, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 13072, Bond Auto Loan Corporation et al., Petitioners, v. Commissioner of Internal Revenue, 8 Cir., 153 F.2d 50, on stipulation of parties.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. E. G. DONALDSON, Doing Business as Donaldson Manufacturing Company.**

No. 13336.

Circuit Court of Appeals, Eighth Circuit.

April 11, 1946.

David A. Morse, Gen. Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D.C., for petitioner.

Adams & Willemin, of Jonesboro, Ark., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

**Carl SOEKER, Transferee, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 13075.

Circuit Court of Appeals, Eighth Circuit.

May 7, 1946.

H. M. Stolar and Fred L. Kuhlmann, both of St. Louis, Mo., for petitioner.

Sewall Key, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of the Tax Court of the United States affirmed and petition to review dismissed without costs to either party in this Court, on authority of decision in No. 13072, Bond Auto Loan Corporation et al., Petitioner v. Commissioner of Internal Revenue, 8 Cir., 153 F.2d 50, on stipulation of parties.